In the Matter of RUSSELL SAGE, Petitioner, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination confirmed, without costs. All concur. (Review of a determination of the Commissioner of Motor Vehicles revoking petitioner's operator's license, which proceeding was transferred to the Appellate Division for determination by order of Monroe Special Term.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

∎

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DIANE TAFT, Respondent, against JAMES J. SULLIVAN, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order adjudging defendant to be the father of the infant child of complainant and directing him to pay for its support, plus medical and hospital expenses and attorney's fees.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

∎

JOSEPH W. PONTICELLO, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order granting a motion by plaintiff to strike out certain paragraphs from defendant's answer in an action under an insurance policy.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

∎

In the Matter of the Accounting of FRANK E. FELT, as Trustee under the Will of PHEBE M. AHRENA, Deceased.— Appeal dismissed, without costs upon stipulation.

∎

HARRY LALIS, Respondent, v. HARRY VOMVILLAS et al., Appellants.— Motion granted and appeal dismissed, with costs.

∎

WALTER FARNER, Respondent, v. VILLAGE OF GOWANDA et al., Appellants.— Motion granted and appeal dismissed, with costs.

∎

ARNOLD E. PERSHING, Doing Business as PERSHING'S ESSO SERVICE, Respondent, v. LESTER WHITAKER, Defendant, and CHARLES W. TURNER, Appellant.— Motion granted and appeal dismissed.

∎

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACK WILSON, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to withdraw appeal granted and appeal dismissed.

∎

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD PAUL STUART, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion to withdraw appeal granted and appeal dismissed.